IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

OLIVIA FOXWORTH, and SALEEM HICKMAN,

    Plaintiffs,

  v.

BROOKSIDE PROPERTIES,

    Defendant.

CIVIL ACTION NO.: 4:23-cv-341

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's December 4, 2023, Report and Recommendation, (doc. 5), to which plaintiffs have not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Motion to Proceed in forma pauperis is **DENIED**. (Doc. 2.) Pursuant to the Court's Local Rules, Plaintiff is **DIRECTED** to submit the appropriate filing fee within twenty-one days of the service date of this Order. L.R. 4.2(2). Failure to make timely payment will result in dismissal. Id. The Magistrate Judge also directed plaintiffs to submit an Amended Complaint to clarify the asserted basis for this Court's subject matter jurisdiction by no later than January 2, 2024. (See doc. 5, pp. 9-11.) That deadline has passed and no Amended Complaint has been filed. Accordingly, to the extent that either plaintiff wishes to pursue this case, in addition to paying the filing fee as directed above, they, or either of them, must **SHOW CAUSE** no later than twenty-one days from the date of this Order why this case should not be dismissed for their failure to comply with the Magistrate Judge's Order. See, e.g., Fed. R. Civ. P. 41(b). Plaintiffs are

advised that failure to **both** pay the filing fee **and** explain their failure to comply with the Magistrate Judge's Order will result in dismissal of this case.  Id.

   **SO ORDERED**, this 12th day of January, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA