AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OLIVIA FOXWORTH, and SALEEM HICKMAN,

    Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 4:23-cv-341

BROOKSIDE PROPERTIES,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's March 15, 2024 Order adopting as the opinion of the Court the Magistrate Judge's Report and Recommendation, to which Plaintiffs have not filed an objection, Plaintiffs' Complaint is dismissed. This case stands closed.

Approved by: _____

April 15, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020